**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Hayline Chambers and Anthony Hoey, Defendants,

Of whom Hayline Chambers is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-002001

───────────────

Appeal From Cherokee County
Usha J. Bridges, Family Court Judge

───────────────

Unpublished Opinion No. 2019-UP-322
Submitted September 11, 2019 – Filed October 1, 2019

───────────────

**AFFIRMED**

───────────────

Amanda Mange Scott, of Parnell & Parnell, P.A., of White Rock, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Harry A. Hancock, of Columbia, for the Guardian ad Litem.

_____

**PER CURIAM:**  Hayline Chambers appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Chambers's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and HILL, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.